IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br><br>  v.<br><br>COMFORT INN, and SOUTH SAN FRANCISCO, SSF INVESTMENTS LLC,<br><br>    Defendants.<br>                                  / | No. C 10-01784 WHA<br><br>**ORDER OF DISMISSAL** |

    The parties have stipulated to dismiss this action with prejudice pursuant to FRCP 41(a)(1). The Court will not retain jurisdiction to enforce the parties' settlement. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE